ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: ariel.stern@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for Defendant Bank of America,*
*N.A., successor by merger to BAC Home*
*Loans Servicing, LP f/k/a Countrywide*
*Home Loans Servicing LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (RENO)**

| | |
|---|---|
| JOHN H. DUCKETT and BERNADETTE DUCKETT, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>LOANCITY, A CALIFORNIA CORPORATION; FIRST CENTENNIAL TITLE COMPANY OF NEVADA; MTC FINANCIAL, INC. d/b/a TRUSTEE CORPS; BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP; SECURITY UNION TITLE INSURANCE COMPANY; SUSAN DANA; and DOES 1-25 CORPORATIONS; DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action,<br><br>Defendants. | Case No.: 3:11-cv-00465-RCJ-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs JOHN H. DUCKETT and BERNADETTE DUCKETT (**plaintiffs**), and defendants BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOANS SERVICING LP, FIRST CENTENNIAL TITLE COMPANY OF NEVADA, MTC FINANCIAL, INC. d/b/a TRUSTEE CORPS, SECURITY UNION TITLE INSURANCE COMPANY, and SUSAN DANA (collectively, **defendants**), by and through their undersigned attorneys, hereby stipulate and agree that plaintiffs' claims in the above-entitled matter

{22967729;1}

shall be dismissed with prejudice in their entirety against defendant LoanCity, the only remaining defendant in this case.

The parties further stipulate and agree that each party shall bear its own attorney's fees and costs.

DATED this 20th day of January, 2012.                    DATED this 20th day of January, 2012.

**AKERMAN SENTERFITT LLP**                                **LAW OFFICE OF RICK LAWTON, P.C.**

/s/ *Christina Bhirud*                                    /s/  *Rick Lawton*
ARIEL E. STERN, ESQ.                                      RICK LAWTON, ESQ.
Nevada Bar No. 8276                                       Nevada Bar No. 694
CHRISTINA S. BHIRUD, ESQ.                                 1460 Hwy 95A, North #1
Nevada Bar No. 11462                                      Fernley, Nevada  89408
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144                                   *Attorneys for Plaintiffs*

*Attorneys for Defendant*
*Bank of America, N.A., successor by merger*
*to BAC Home Loans Servicing, LP FKA*
*Countrywide Home Loans Servicing LP*


DATED this 20th day of January, 2012.                    DATED this 20th day of January, 2012.

**JAMES M. WALSH, ATTORNEY AT LAW**                       **ROBISON BELAUSTEGUI SHARP & LOW**


/s/  *James M. Walsh*                                     /s/  *Michael E. Sullivan*
JAMES M. WALSH, ESQ.                                      MICHAEL E. SULLIVAN, ESQ.
Nevada Bar No. 796                                        Nevada Bar No. 5142
9468 Double R Boulevard, Suite A                          71 Washington Street
Reno, Nevada  89521                                       Reno, Nevada 89503

*Attorneys for Defendant First Centennial*                *Attorney for Defendant*
*Title Company of Nevada*                                 *MTC Financial, Inc. dba Trustee Corps*

{22967729;1}

AKERMAN SENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

DATED this 20th day of January, 2012.

**FIDELITY NATIONAL LAW GROUP**

/s/   *Marni Rubin Watkins*
MARNI RUBIN WATKINS, ESQ.
Nevada Bar No. 9674
3980 Howard Hughes Parkway, Suite 230
Las Vegas, Nevada  89169

*Attorneys for Defendants*
*Security Union Title Insurance Company*
*and Susan Dana*

DATED this 20th day of January, 2012.

**TURNER REYNOLDS GRECO & O'HARA**

/s/   *Richard J. Reynolds*
RICHARD J. REYNOLDS, ESQ.
Nevada Bar No. 11864
16485 Laguna Canyon Road
Irvine, California 92618

*Attorney for Defendants*
*MTC Financial, Inc. dba Trustee Corps*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: _____ 1-20-12

{22967729;1}