ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| JOHN H. DUCKETT and BERNADETTE DUCKETT, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>LOANCITY, A CALIFORNIA CORPORATION; FIRST CENTENNIAL TITLE COMPANY OF NEVADA; MTC FINANCIAL, INC. DBA TRUSTEE CORPS; BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; SECURITY UNION TITLE INSURANCE COMPANY; SUSAN DANA; and DOES 1-25 CORPORATIONS; DOES and ROES 1-25 Individuals, Partnerships, or anyone claiming any interest to the property described in the action,<br><br>Defendants. | Case No.: 3:11-cv-00465-RCJ-VPC<br><br>**ORDER CANCELING LIS PENDENS** |

This Court entered an Order granting Defendant BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP's (**BANA**), Motion to Dismiss for Failure to State a Claim and Expunge Lis Pendens [Dkt. 18] on October 27, 2011.

BANA requests that the lis pendens Plaintiffs JOHN H. DUCKETT and BERNADETTE DUCKETT recorded against the subject property be canceled.

{22554600;1}                                                1

The Court finds that Plaintiffs recorded a Notice of Lis Pendens on or about May 27, 2011, as Document Number 4007254, in the real property records maintained by the Washoe County Recorder. A copy of the lis pendens is attached hereto as **Exhibit A** and fully incorporated by reference.

Upon consideration of BANA's request to cancel the above-referenced lis pendens, and good cause appearing therefore, the Court hereby grants BANA its requested relief and rules as follows:

1. It is ordered, adjudged and decreed that the above-referenced lis pendens is hereby canceled, released and expunged.

2. It is further ordered, adjudged and decreed that this Order canceling the above-referenced lis pendens has the same effect as an expungement of the original lis pendens.

3. It is further ordered, adjudged and decreed that BANA record a properly certified copy of this Cancellation Order in the real property records of Washoe County, Nevada within a reasonable amount of time from the date of this Order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

Dated: This 31st day of January, 2012.