1  Marni Rubin Watkins, Esq.
   Nevada Bar No. 9674
2  FIDELITY NATIONAL LAW GROUP
   2450 St. Rose Pkwy., Ste. 150
3  Henderson, Nevada 89074
   Telephone:  (702) 667-3000
4  Facsimile:  (702) 697-2020
   Email: marni.watkins@fnf.com
5  Attorneys for *Security Union Title Insurance Company and Susan Dana*

6

7                 IN THE UNITED STATES DISTRICT COURT

8                           DISTRICT OF NEVADA

9

10  JOHN H. DUCKETT and BERNADETTE          ) Case No.: 3:11-cv-00465-RCJ-VPC
    DUCKETT, husband and wife,              )
11                                          )
                              Plaintiff,    )
12      vs.                                 )
                                            )
13  LOANCITY, A CALIFORNIA CORPORATION;)
    FIRST CENTENNIAL TITLE COMPANY OF       )
14  NEVADA; MTC FINANCIAL, INC. DBA         ) **ORDER GRANTING SECURITY
    TRUSTEE CORPS; BAC HOME LOANS           ) UNION TITLE INSURANCE
15  SERVICING, LP FKA COUNTRY WIDE          ) COMPANY AND SUSAN DANA'S
    HOME LOANS SERVICING, LP; SECURITY      ) MOTION TO DISMISS AND
16  UNION TITLE INSURANCE COMPANY;          ) JOINDER TO MTC FINANCIAL INC.,
    SUSAN DANA; and DOES 1-25               ) dba TRUSTEE CORPS' MOTION TO
17  CORPORATIONS; DOES and ROES 1-25        ) DISMISS**
    individuals, partnerships or anyone claiming any )
18  interest to the property described in the action, )
19                                          )
                              Defendants.   )
20                                          )
    _____)
21

22      This Court entered an Order Granting Defendant MTC Financial Inc., dba Trustee Corps'

23  Motion to Dismiss Complaint for Failure to State a Claim upon which Relief may be Granted

24  [Docket No. 4] and  Defendant Bank of America, N.A., Successor by Merger to BAC Home

25  Loans Servicing, LP fka Countrywide Home Loans Servicing LP's Motion to Dismiss for Failure

26  to State a Claim and Expunge Lis Pendens [Docket No. 18] on October 27, 2011.

27      Defendants SECURITY UNION TITLE INSURANCE COMPANY ("SUTIC") and

28  SUSAN DANA ("DANA") filed their Motion to Dismiss and Joinder to Defendant MTC

Fidelity National
Law Group
2450 St. Rose Pkwy., Ste. 150
Henderson, NV 89074
(702) 667-3000

Page 1 of 3

1   Financial Inc., dba Trustee Corps' Motion to Dismiss [Docket no. 8] on July 12, 2011.

2        Upon consideration of SUTIC and DANA's Motion to Dismiss and Joinder, and good

3   cause appearing therefore, the Court hereby grant Defendants their requested relief and rules as

4   follows:

5        **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Security Union

6   Title Insurance Company and Susan Dana's Motion to Dismiss and Joinder to Defendant MTC

7   Financial Inc., dba Trustee Corps' Motion to Dismiss is hereby granted.

8        DATED this 31st day of January, 2012.

9        _____

10       ROBERT C. JONES
         Chief District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Fidelity National
Law Group**
2450 St. Rose Pkwy., Ste. 150
Henderson, NV 89074
(702) 667-3000