Marni Rubin Watkins, Esq.
Nevada Bar No. 9674
FIDELITY NATIONAL LAW GROUP
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
Telephone: (702) 667-3000
Facsimile: (702) 697-2020
Email: marni.watkins@fnf.com
Attorneys for *Security Union Title Insurance Company and Susan Dana*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN H. DUCKETT and BERNADETTE DUCKETT, husband and wife,

    Plaintiff,

vs.

LOANCITY, A CALIFORNIA CORPORATION; FIRST CENTENNIAL TITLE COMPANY OF NEVADA; MTC FINANCIAL, INC. DBA TRUSTEE CORPS; BAC HOME LOANS SERVICING, LP FKA COUNTRY WIDE HOME LOANS SERVICING, LP; SECURITY UNION TITLE INSURANCE COMPANY; SUSAN DANA; and DOES 1-25 CORPORATIONS; DOES and ROES 1-25 individuals, partnerships or anyone claiming any interest to the property described in the action,

    Defendants.

Case No.: 3:11-cv-00465-RCJ-VPC

ORDER GRANTING SECURITY UNION TITLE INSURANCE COMPANY AND SUSAN DANA'S MOTION TO DISMISS AND JOINDER TO MTC FINANCIAL INC., dba TRUSTEE CORPS' MOTION TO DISMISS

    This Court entered an Order Granting Defendant MTC Financial Inc., dba Trustee Corps' Motion to Dismiss Complaint for Failure to State a Claim upon which Relief may be Granted [Docket No. 4] and Defendant Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP's Motion to Dismiss for Failure to State a Claim and Expunge Lis Pendens [Docket No. 18] on October 27, 2011.

    Defendants SECURITY UNION TITLE INSURANCE COMPANY ("SUTIC") and SUSAN DANA ("DANA") filed their Motion to Dismiss and Joinder to Defendant MTC

Fidelity National Law Group
2450 St. Rose Pkwy., Ste. 150
Henderson, NV 89074
(702) 667-3000

Financial Inc., dba Trustee Corps' Motion to Dismiss [Docket no. 8] on July 12, 2011.

Upon consideration of SUTIC and DANA's Motion to Dismiss and Joinder, and good cause appearing therefore, the Court hereby grant Defendants their requested relief and rules as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Security Union Title Insurance Company and Susan Dana's Motion to Dismiss and Joinder to Defendant MTC Financial Inc., dba Trustee Corps' Motion to Dismiss is hereby granted.

DATED this 6th day of January, 2012.

FIDELITY NATIONAL LAW GROUP

_____
Marni Rubin-Watkins, Esq.
Nevada Bar No. 9674
Fidelity National Law Group
2450 St. Rose Pkwy., Ste. 150
Henderson, Nevada 89074
Attorneys for Defendants *Security Union Title Insurance Company and Susan Dana*

DATED this 31 day of January, 2012.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Fidelity National
Law Group
2450 St. Rose Pkwy., Ste. 150
Henderson, NV 89074
(702) 667-3000

Page 2 of 3